| | | | |
|---|---|---|---|
| | AUSA: | Timothy E. Garcia | Telephone: (313) 226-9522 |
| AO 91 (Rev. 11/11) Criminal Complaint | Agent: | Sarah Soles | Telephone: (810) 989-5056 |

# UNITED STATES DISTRICT COURT
for the
### Eastern District of Michigan

United States of America
   v.
Roman GOMEZ-PEREZ

Case No. 2:26−mj−30113
Assigned To : Unassigned
Assign. Date : 3/2/2026
Description: CMP ROMAN GOMEZ−PEREZ (DA)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 25, 2026__ in the county of __Sanilac__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a) | Unlawful Re-Entry Following Removal |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Sarah Soles, Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence and/or by reliable electronic means.

Date: March 2, 2026

_____
Judge's signature

City and state: Detroit, MI

Hon. Elizabeth A. Stafford, U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT**

I, Sarah A. Soles, declare the following under penalty of perjury:

1. I am a Border Patrol Agent with the United States Border Patrol, and I have been employed in this capacity since June of 2009. Currently, I am assigned to the Marysville Border Patrol Station. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers to include Border Patrol Agents and record checks of law enforcement databases. I have also reviewed material from the official immigration file and system automated data relating to Roman GOMEZ-PEREZ, which attests to the following:

2. Roman GOMEZ-PEREZ is a twenty-seven-year-old male, native and citizen of Mexico, who claims to have last entered the United States at or near El Paso, Texas in June of 2021, without being admitted, inspected or paroled by an Immigration Officer.

3. On or about September 5, 2015, GOMEZ-PEREZ was arrested by the U.S. Border Patrol near Naco, Arizona and granted a Voluntary Return to Mexico.

4. On or about September 7, 2015, GOMEZ-PEREZ was arrested by the U.S. Border Patrol near Naco, Arizona and granted a Voluntary Return to Mexico.

5. On or about October 31, 2017, GOMEZ-PEREZ was arrested by the U.S. Border Patrol near Roma, Texas and issued an Expedited Removal. GOMEZ-PEREZ was removed from the United States to Mexico on November 3, 2017, via Hidalgo, Texas.

6. On or about November 10, 2017, GOMEZ-PEREZ was arrested by the U.S. Border Patrol near Roma, Texas and his prior Order of Removal was reinstated. GOMEZ-PEREZ was presented for prosecution of 8 U.S.C. 1325 Illegal Entry.

7. On November 13, 2017, GOMEZ-PEREZ was convicted of Illegal Entry and sentenced to time served. GOMEZ-PEREZ was removed from the United States to Mexico on that date via Hidalgo, Texas.

8. On or about June 15, 2021, GOMEZ-PEREZ was arrested by the U.S. Border Patrol near Deming, New Mexico. GOMEZ-PEREZ was returned to Mexico under Title 42 guidelines.

9. On or about June 22, 2021, GOMEZ-PEREZ was arrested by the U.S. Border Patrol near Deming, New Mexico. GOMEZ-PEREZ was returned to Mexico under Title 42 guidelines.

10. On February 25, 2026, GOMEZ-PEREZ was encountered by a Marysville Border Patrol Agent in Croswell, Michigan. GOMEZ-PEREZ was placed under arrest for being illegally present in the United States. GOMEZ-PEREZ told agents that he previously paid a smuggler $12,000 to help him illegally enter the United States. He said that he originally moved to Clearwater, Florida but has also lived in Georgia and Illinois before moving to Michigan about three months ago for an employment opportunity.

11. The aforementioned arrest and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

12. Review of records from the alien file (A# xxx xxx 373) for GOMEZ-PEREZ and queries in U.S. Department of Homeland Security databases confirm that no record exists of GOMEZ-PEREZ obtaining permission from the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States following his last removal on or about November 13, 2017.

13. Based on the above information, there is probable cause to believe that, on or about February 25, 2026, at or near Croswell, in the Eastern District of Michigan, Southern Division, Roman GOMEZ-PEREZ, an alien from Mexico, was found in the United States after having been denied admission, excluded, deported, and removed therefrom on or about November 13, 2017, at or near Hidalgo, Texas, and not having obtained the express consent from the Attorney General of the United States or from the Secretary of the

Department of Homeland Security to re-apply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

_____
Sarah A. Soles, Border Patrol Agent
U.S. Department of Homeland Security

Sworn to before me and signed in my presence and/or by reliable electronic means.

_____
Honorable Elizabeth A. Stafford
United States Magistrate Judge